No. 99–9797. HAMILTON v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9798. DANIEL v. SCHEINER ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–9799. JOHNSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–9801. HAGER v. MILLER ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9802. HERSEY v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 99–9804. CASTILLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9806. WOLFE v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 99–9807. CELESTINE v. FEDERAL EMERGENCY MANAGEMENT AGENCY. C. A. 5th Cir. Certiorari denied.

No. 99–9809. DAVIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9810. HUDSON v. ATTORNEY GENERAL OF NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9811. GREENWOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–9812. FOSTER v. DOE ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–9813. ENGLE v. SEIDNER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9815. HENDRICKS v. RIVERA, SUPERINTENDENT, WASHINGTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.